```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18467
    LOUIS H ARADO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-4788
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/11/04 and confirmed on 07/01/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32373.76 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN BANK USA | SECURED | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | SECURED | .00 | .00 | .00 |
| FIRST FEDERAL SAVINGS BA | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FEDERAL SAVINGS BA | SECURED | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 13944.16 | .00 | 13944.16 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5414.53 | .00 | 5414.53 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 4247.41 | .00 | 4247.41 |
| CHICAGO MUNICIPAL EMPLOY | UNSECURED | NOT FILED | .00 | .00 |
| FORD CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | 7216.28 | .00 | 7216.28 |
| NATIONAL CITY MORTGAGE | COST OF COLLE | 150.00 | .00 | 150.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 150.00 | 30822.38 | .00 | 30972.38 |
| PRINCIPAL PAID | .00 | 150.00 | 30822.38 | .00 | 30972.38 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 150.00 | 30822.38 | .00 | 30972.38 |

The Debtor's attorney, JAY L DAHL                     , was allowed $   1800.00
and was paid $   1800.00  direct and $      .00  through the plan.

The Trustee received $   1401.38 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/08/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```